■ MARK THORNTON et al., Respondents, v MONTEFIORE HOSPITAL et al., Appellants. — Judgment, Supreme Court, Bronx County (A. Mercorella, J.), entered March 22, 1983 on a jury verdict, as reduced pursuant to posttrial decision and stipulation, is modified, on the law and the facts, to the extent that the awards to plaintiff Mark Thornton of $500,000 for pain and suffering and of $350,000 for impairment of earning ability are stricken and a new trial ordered as to the amounts to be awarded to plaintiff for pain and suffering and impairment of earning ability, unless within 20 days after service of a copy of the order determining this appeal said plaintiff files in the trial court and serves upon defendants-appellants a stipulation consenting to reduce the item of the verdict for pain and suffering to $400,000 and the item of the verdict for impairment of earning ability to $50,000, in which event, the judgment, as thus modified to reflect a reduced verdict in said plaintiff's favor in the total sum of $484,480, and in favor of plaintiff Dorothy Thornton reflecting a reduced verdict in her favor of $40,550, is affirmed; and the judgment is otherwise affirmed, without costs. ¶ The sums awarded for pain and suffering and impairment of earning ability are excessive to the extent indicated. Concur — Murphy, P. J., Carro, Silverman, Bloom and Fein, JJ.

■ JAMES F. O'RORKE, JR., et al., on Behalf of VILLA CHARLOTTE BRONTE, INC., et al., Appellants, v VILLA CHARLOTTE BRONTE, INC., Respondent, et al., Defendants. — Orders, Supreme Court, Bronx County (Anthony Mercorella, J.), entered on March 7, 1983 and March 15, 1983, respectively, unanimously affirmed, without costs and without disbursements. We note that upon oral argument, counsel for defendant-respondent agreed to provide substitute equivalent storage space to plaintiffs-appellants James F. O'Rorke, Jr., and Carla O'Rorke. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.